Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 127 | **DATE** | 4/20/2011 |
| **CASE TITLE** | Custom Underground vs. Ford Motor Company | | |

**DOCKET ENTRY TEXT**

Agreed motion for entry of addendum to revised protective order is granted (77). Enter order as approved by the Court.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | OR |
|---|---|---|
| | | |

10C127 Custom Underground vs. Ford Motor Company