# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 127 | **DATE** | 4/28/2011 |
| **CASE TITLE** | Custom Underground vs. Ford Motor Company | | |

**DOCKET ENTRY TEXT**

This case is consolidated with 11 C 2496, as the lead case in MDL 2223, parties are instructed to make all future docket entries in 11 C 2496.

Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|